1

2

3                      IN THE UNITED STATES DISTRICT COURT

4                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7  BRYAN E. RANSOM,                          No. C 08-02256 CW (PR)

8          Plaintiff,                        ORDER OF TRANSFER

9      v.

10 DEPUTY DIRECTOR DUNCAN, et al.,

11          Defendants.
                                        /

12      Plaintiff, a state prisoner, has filed a pro se civil rights

13 action pursuant to 42 U.S.C. § 1983.  He has been granted leave to

14 proceed in forma pauperis.  The acts complained of occurred at High

15 Desert State Prison, which is located in the Eastern District of

16 California, and it appears that the Defendants reside in that

17 district.  Venue, therefore, properly lies in that district and not

18 in this one.  See 28 U.S.C. § 1391(b).

19      Accordingly, in the interest of justice and pursuant to 28

20 U.S.C. § 1406(a), this action is TRANSFERRED to the United States

21 District Court for the Eastern District of California.  The Clerk

22 of the Court shall transfer the case forthwith.

23      IT IS SO ORDERED.

24

25 Dated: 10/15/08                  _____
                                    CLAUDIA WILKEN
26                                  UNITED STATES DISTRICT JUDGE

27

28

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\Ransom2256.Transfer.wpd

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3

4   BRYAN E RANSOM,

                Case Number: CV08-02256 CW

                Plaintiff,

5                                       **CERTIFICATE OF SERVICE**

      v.

6

7   DUNCAN et al,

                Defendant.

8   _____/

9

10   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.

11   That on October 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

12   envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
in the Clerk's office.

13

14

15   Bryan E. Ransom   H71641
P.O. Box 3030

16   Susanville,  CA 96127

17   Dated: October 15, 2008

                Richard W. Wieking, Clerk

18                By: Sheilah Cahill, Deputy Clerk

19

20

21

22

23

24

25

26

27

28