1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

10

11

12

13

14

15

16

BRYAN E. RANSOM,

          Plaintiff,

          v.

DUNCAN, Deputy Director
of CDCR, and JOHN DOES
1-10,

          Defendants.

NO. CV-08-2458-EFS (PC)

**FIRST INFORMATIONAL ORDER
IN PRISONER CIVIL RIGHTS CASE**

17

18

19

20

21

22

23

24

25

26

27

28

    Plaintiff is a state prisoner proceeding pro se in this civil rights action.  In litigating this action, all parties, including those proceeding pro se, must comply with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court, Eastern District of California.  **Failure to comply with the Federal Rules of Civil Procedure, the Local Rules, or a Court Order, including this Order, is grounds for appropriate sanctions, including dismissal of the action**.  Fed. R. Civ. P. 41(b); LR 11-110.

    This Order highlights specific rules of which Plaintiff should take particular note:

    1.  Documents intended to be filed with the Court by pro se litigants must be mailed to the Clerk of the Court, United States District Court, 501 I Street, Room 4-200, Sacramento, California

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1  95814.  LR 5-133(d)(1).  **All documents mailed improperly to a Judge's**

2  **chambers will be stricken.**

3      2.  Each document submitted for filing must include the original

4  signature of the filing litigant(s).  Fed. R. Civ. P. 11(a); LR 7-131.

5  **All documents submitted without the required signature(s) will be**

6  **stricken**.  Each separate document must be bound separately at the top

7  left corner. LR 7-130(b).  If a document is bound behind another

8  document, it will not be filed or entered on the Court docket.  A

9  document requesting a Court order must be styled as a motion, not a

10 letter.  Fed. R. Civ. P. 7.  Documents submitted to the Court may be

11 either typewritten or handwritten, but must be legible, and writing

12 shall be on one (1) side of the page <u>only</u>.  LR 7-130 (modified).

13 Every document submitted to the Court must include your name, address,

14 and prisoner identification number in the upper left-hand corner of

15 the first page. LR 7-132.

16     3.  You are not required to send the Court copies of your

17 documents submitted for filing. LR 5-133(d)(2) (modified).  If the

18 filing litigant wishes the Court to return a file-stamped copy, he

19 must include one copy for that purpose AND a pre-addressed postage

20 paid envelope.  **The Court cannot provide copies or mailing service for**

21 **a litigant**, even for an indigent plaintiff proceeding in forma

22 pauperis.

23     4.  After Defendants have appeared by filing a response to the

24 complaint (i.e., an answer, a motion to dismiss, or a motion for

25 summary judgment), and are represented by the office of the California

26 State Attorney General, Plaintiff is not required to serve copies of

27 filings on Defendants or counsel, as counsel will receive service via

28 the Court's electronic filing system.  Any documents filed in a civil

rights action in which Defendants are **not** represented by the

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

1 California State Attorney General must include a certificate of

2 service stating that a copy of the document was served on the opposing

3 litigant.  Fed. R. Civ. P. 5; LR 5-135 (modified).  **A document**

4 **submitted without the required proof of service will be stricken**.

5 Where a litigant is represented by private or other government

6 counsel, service on the litigant's attorney of record constitutes

7 effective service. A sample Proof of Service form is attached hereto.

8        5. All filings must bear the file number assigned to the action,

9 followed by the initials of the District Judge to whom the case is

10 assigned and the letters "PC."  Where Plaintiff simultaneously pursues

11 more than (1) one action, he must file separate original documents and

12 the appropriate number of copies in each action to which the document

13 pertains.  **Documents submitted listing more than one case number in**

14 **the caption will be stricken**.

15        6.  The Court cannot serve as a repository for the parties'

16 evidence (i.e., prison or medical records, witness affidavits, etc.).

17 Litigants may not file evidence with the Court until the course of

18 litigation brings the evidence into question (for example, on a motion

19 for summary judgment, at trial, or when requested by the Court).

20 **Evidence improperly submitted to the Court will either be returned or**

21 **stricken**.

22        7.  The Eastern District of California converted to an electronic

23 filing, service, and storage system, effective January 3, 2005.  Pro

24 se litigants are exempt from the electronic filing requirement and

25 must submit all documents to the Court in paper.  LR 5-133(b)(2).

26 Paper documents submitted by pro se litigants for filing will be

27 scanned into the electronic Court file by the Clerk's Office.  After

28 being scanned into the electronic Court file, the paper documents will

be retained in the Clerk's Office for a limited period of time and

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com

1  then discarded.  LR 39-138(d).  For this reason, pro se litigants are

2  cautioned not to send original exhibits to the Court.  When it is

3  appropriate for pro se litigants to submit exhibits to the Court (see

4  paragraph 6), the litigants shall retain their original exhibits and

5  send photocopies to the Court.

6       8.   After an answer is filed, the Court will issue an order

7  opening discovery, and setting the deadlines for completing discovery,

8  amending the pleadings, and filing pre-trial dispositive motions.  **No**

9  **discovery may be conducted without Court permission until an answer**

10 **is filed and the Court issues the discovery order**.   Discovery

11 propounded on a litigant is self-executing, and must be served

12 directly on the litigant from whom discovery is sought; litigants

13 should not file copies of their discovery with the Court.  LR 33-250,

14 34-250, 36-250.  **Discovery documents inappropriately submitted to the**

15 **Court will be stricken**.    Where the discovery response is

16 unsatisfactory, the litigant seeking discovery may file a motion to

17 compel discovery, including a copy of the discovery propounded and the

18 response thereto.  Fed. R. Civ. P. 37.  A motion to compel must be

19 accompanied by "a certification that the movant has in good faith

20 conferred or attempted to confer with the litigant not making the

21 disclosure in an effort to secure the disclosure without court

22 action." Fed. R. Civ. P. 37(a)(1).   In addition, at least ten (10)

23 days before the hearing, the litigants must file either: (1) a joint

24 statement of conferment in good faith together with a list and

25 description of unresolved issues or (2) individual statements

26 describing efforts to confer together with a list and description of

27 unresolved issues. Statements must not exceed ten (10) pages without

28 first obtaining the District Judge's approval. **A discovery motion that**

PDF created with pdfFactory trial version www.pdffactory.com

1 **does not comply with all applicable rules will be stricken and may**

2 **result in the imposition of sanctions.**

3        9.   Because Plaintiff is incarcerated and proceeds pro se, all

4 pre-trial motions will be submitted without a hearing.  LR 78-230(m).

5 Litigants  are  referred  to  Local  Rule  78-230(m)  for  the  briefing

6 schedule on motions.

7        10.  All deadlines will be strictly enforced.  Requests for time

8 extensions must state the reason the extension is needed and must be

9 filed with the Court **before** the deadline in question.  LR 6-144.

10       11.  A pro se plaintiff has an affirmative duty to keep the Court

11 and opposing parties apprised of his address.  LR 83-182(f).  If a

12 plaintiff  moves  and  fails  to  file  a  notice  of  change  of  address,

13 service of Court orders at Plaintiff's prior address shall constitute

14 effective notice.  *Id*.  If mail directed to Plaintiff is returned by

15 the U.S. Postal Service as undeliverable, the Court will not attempt

16 to re-mail it.  **If the address is not updated within sixty (60) days**

17 **of the mail being returned, the action will be dismissed for failure**

18 **to prosecute**.  LR 83-183(b).  A Notice of Change of Address Form is

19 attached hereto.

20       12.   The Court is required to screen complaints brought by

21 prisoners seeking relief against a governmental entity or officer or

22 employee of a governmental entity.  28 U.S.C. § 1915A(a).  The Court

23 must dismiss a complaint or portion thereof if the prisoner has raised

24 claims that are legally "frivolous or malicious," that fail to state

25 a claim upon which relief may be granted, or that seek monetary relief

26 from  a  defendant  who  is  immune  from  such  relief.    28  U.S.C.

27 § 1915A(b)(1),(2).  The Court will direct the United States Marshal

28 to serve Plaintiff's complaint only after the Court has screened the

- 5 -

PDF created with pdfFactory trial version www.pdffactory.com

1   complaint and determined that it contains cognizable claims for relief

2   against the named Defendants.   The Court has a large number of

3   prisoner civil rights cases pending before it and will screen

4   plaintiff's complaint in due course.   The Court will notify you as

5   soon as any action is taken in your case.   Due to the large number of

6   civil actions pending before the Court, the Clerk is unable to respond

7   in writing to individual inquiries regarding case status.   As long as

8   you keep the Court apprised of your current address, you will receive

9   all decisions affecting the status of the case.

10      As noted, the requirements set forth in Local Rules 5-130, 5-

11  133(d)(2), and 7-135 have been modified in this Order.   These

12  modifications apply to civil rights and habeas cases filed in the

13  Sacramento division of the Eastern District of California by prisoners

14  proceeding pro se.

15      **IT IS SO ORDERED.**   The District Court Executive is directed to

16  enter this Order and provide a copy to Plaintiff.

17      **DATED** this ___9th___ day of January 2009.

18

19                      s/ Edward F. Shea
                      EDWARD F. SHEA
20                United States District Judge

21
    O:\Visiting Judges\ed.ca.08.2458.first.info.order.frm
22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com