UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| BRYAN G. RANSOM,<br><br>        Plaintiff,<br><br>    v.<br><br>DUNCAN, Deputy Director of CDCR, JOHN DOES 1-10,<br><br>        Defendants. | NO. CV-08-2458-EFS (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR CHANGE OF VENUE** |

    Before the Court, without oral argument, is *pro se* Plaintiff Bryan G. Ransom's Motion for Change of Venue. Plaintiff asks that venue be changed from the Sacramento Division to the Fresno Division in the Eastern District of California. Under 28 U.S.C. § 1391(b), venue is appropriate in a federal question lawsuit in "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred." Here, Plaintiff alleges that he received deliberately indifferent medical care while housed at the Corcoran State Prison, which is located in the Eastern District of California. Both Sacramento and Fresno are located in the Eastern District of California as well; accordingly, venue lies in both locations. Nevertheless, because Corcoran State Prison - where Plaintiff is currently incarcerated - is

ORDER * 1

located two hours closer to Fresno than Sacramento, the Court transfers this case to the Eastern District of California Fresno Division.

Accordingly, **IT IS HEREBY ORDERED**: Plaintiff's Motion for Change of Venue **(Ct. Rec. 10)** is **GRANTED**. This lawsuit shall be transferred to the Fresno Division of the Eastern District of California.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and provide a copy to Plaintiff.

**DATED** this 13th day of January 2009.


                          S/ Edward F. Shea
                          EDWARD F. SHEA
                    United States District Judge

C:\WINDOWS\Temp\notes101AA1\ed.ca.08.2458.venue.wpd

ORDER * 2