```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                          SACRAMENTO DIVISION
```

BRYAN G. RANSOM,

        Plaintiff,   NO. CV-09-076-EFS (PC)

  v.   **ORDER REQUIRING PLAINTIFF TO SUBMIT DOCUMENTS**

DUNCAN, Deputy Director of CDCR, JOHN DOES 1-10,

        Defendants.

Before the Court is *pro se* state prisoner Plaintiff Bryan G. Ransom's Complaint, alleging an Eighth Amendment violation under 42 U.S.C. § 1983 and a state law intentional infliction of emotional distress claim. (Ct. Rec. 1.) Under the Prisoner Litigation Reform Act of 1995, the Court is required to screen prisoner complaints seeking relief against a governmental entity or an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Claims that are legally frivolous or malicious, claims that fail to state a claim upon which relief may be granted, and claims that seek monetary relief from a defendant who is immune from such relief are properly dismissed. *Id.* §§ 1915A(b)(1), (2) & 1915(e)(2).

ORDER * 1

PDF created with pdfFactory trial version www.pdffactory.com

After review, the Court finds the complaint states a plausible 42 U.S.C. § 1983 claim based on violation of the Eighth Amendment's cruel and unusual punishment clause and orders Plaintiff to prepare and return service documents so that the U.S. Marshals may serve the complaint on Defendants. However, after considering "the values of economy, convenience, fairness, and comity," the Court declines to exercise supplemental jurisdiction over Plaintiff's state law intentional infliction of emotional distress claim. *Harrell v. 20th Century Ins. Co.*, 934 F.2d 203, 205 (9th Cir. 1991) (quoting *Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 351 (1988)).

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's state law intentional infliction of emotional distress claim is **DISMISSED.**

2. Service is appropriate for Defendant Duncan and his successors.

3. The Clerk of Court shall immediately send Plaintiff a USM-285 form for each Defendant to be served, as well as a summons, instruction sheet, and a copy of the complaint (Ct. Rec. 1).

3. Within **forty-five (45) days** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the Court:

   a. The completed Notice of Submission of Documents;
   b. One completed summons;
   c. One completed USM-285 form for each Defendant listed in paragraph 2 above; and
   d. Three copies of the complaint (Ct. Rec. 1).

ORDER * 2

PDF created with pdfFactory trial version www.pdffactory.com

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. After receiving the above-described documents, the Court will issue a separate Order requiring the U.S. Marshals to serve each Defendant listed in paragraph 2.

5. The Court cautions Plaintiff that failing to submit the above-described documents within **forty-five (45) days** will be construed as permission to **dismiss this lawsuit** under Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to Plaintiff and the U.S. Marshals Service.

**DATED** this 29th day of January 2009.


                         S/ Edward F. Shea
                         EDWARD F. SHEA
                    United States District Judge

C:\WINDOWS\Temp\notes101AA1\ed.ca.08.2458.serve.wpd

ORDER * 3

PDF created with pdfFactory trial version www.pdffactory.com