UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

BRYAN G. RANSOM,

                    Plaintiff,            NO. CV-09-0076-EFS (PC)

          v.                              **ORDER REQUIRING FURTHER
                                          DOCUMENTATION RELATING TO
DUNCAN, Deputy Director of                PLAINTIFF'S MOTION FOR
CDCR, JOHN DOES 1-10,                     APPOINTMENT OF COUNSEL**

                    Defendants.

     Before the Court is *pro se* state prisoner Plaintiff Bryan G.
Ransom's Motion for Appointment of Counsel. (Ct. Rec. 25.)  Plaintiff
requests appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1)
because of medical conditions and resulting pain and side-effects from
medication.  While the Court may request an attorney to represent an
individual unable to afford counsel under exceptional circumstances, 28
U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir.
1991), the Court is in need of supporting medical documentation before
ruling on this motion.

     Accordingly, **IT IS HEREBY ORDERED**:

     1.   No later than **July 31, 2009,** Plaintiff shall submit medical
documentation supporting his assertion that he is suffering from
Hepatitis C and osteoarthritis.  The medical documentation shall include
what medication Plaintiff is receiving for these ailments and how often.

ORDER * 1

1    2.    Plaintiff's Motion for Appointment of Counsel (Ct. Rec. 25)

2 will be heard without oral argument on **August 7, 2009**.

3    3.    Plaintiff need not respond to Defendant's Motion to Dismiss

4 (Ct. Rec. 29) until Plaintiff's motion has been ruled on.  Defendant's

5 Motion to Dismiss will be heard without oral argument on **October 2, 2009.**

6    **IT IS SO ORDERED.**  The District Court Executive is directed to enter

7 this Order and provide a copy to Plaintiff and counsel.

8    **DATED** this ___13th___ day of July 2009.

9

10

                              S/ Edward F. Shea
11                            _____
                              EDWARD F. SHEA
                              United States District Judge
12

13 C:\WINDOWS\Temp\notes101AA1\ed.ca.09.0076.deny.counsel.wpd

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER * 2