UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BRYAN G. RANSOM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DUNCAN, Deputy Director of CDCR, JOHN DOES 1-10,<br><br>　　　　　Defendants. | NO. CV-09-0076-EFS (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL and SETTING RESPONSE DEADLINE** |

　　Before the Court is pro se state prisoner Plaintiff Bryan G. Ransom's Motion for Appointment of Counsel. (Ct. Rec. 25.) Plaintiff requests appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1) because of medical conditions and resulting pain and medicinal side-effects. The Court previously-ordered Plaintiff to supplement his request with medical documentation. Plaintiff did so.[1]

　　Section 1915 does not provide a court with authority to require an attorney to represent a plaintiff. *Mallard v. U.S. Dist. Ct. for the S. Dist. of Iowa*, 490 U.S. 296, 298 (1989). A court may, however, request that an attorney represent a pro se plaintiff under exceptional

---

[1] The Court finds good cause to grant Plaintiff's Motion for an Enlargement of Time (Ct. Rec. 31) and accepts Plaintiff's August 4, 2009 submission (Ct. Rec. 32).

ORDER * 1

1  circumstances. *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997).
2  In determining whether "exceptional circumstances exist, the district
3  court must evaluate both the likelihood of success of the merits [and]
4  the ability of the [plaintiff] to articulate his claims pro se in light
5  of the complexity of the legal issues involved." *Id.* (internal quotation
6  marks and citations omitted).

7  Notwithstanding Plaintiff's diagnosed Hepatitis C and resulting pain
8  and physical limitations, the Court concludes that exceptional
9  circumstances do not exist to request that an attorney represent
10 Plaintiff. 28 U.S.C. § 1915(e)(1); *see Terrell v. Brewer*, 935 F.2d 1015,
11 1017 (9th Cir. 1991). Plaintiff's limitations did not preclude him from
12 presenting well-articulated claims in his complaint. In addition, a
13 cursory review of the Eastern District of California's electronic case
14 management system, reflects that Plaintiff has brought over fifteen cases
15 in this district. Accordingly, Plaintiff is experienced with the
16 district's local rules, as well as the Federal Rules of Civil Procedure.
17 Under the circumstances, the Court concludes Plaintiff, if given
18 additional time to prepare his filings, can adequately pursue his
19 straightforward Eighth Amendment claims and that exceptional
20 circumstances do not exist.

21 Accordingly, **IT IS HEREBY ORDERED**:

22 1. Plaintiff's Motion for an Enlargement of Time **(Ct. Rec. 31)**
23 is **GRANTED**.

24 2. Plaintiff's Motion for Appointment of Counsel **(Ct. Rec. 25)** is
25 **DENIED**.

26

ORDER * 2

3.    Plaintiff'S response to Defendant's June 22, 2009 Motion to Dismiss **(Ct. Rec. 29)** shall be filed no later than **September 18, 2009.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide a copy to Plaintiff and counsel.

**DATED** this   24th    day of August 2009.


                              S/ Edward F. Shea
                              EDWARD F. SHEA
                        United States District Judge

O:\Visiting Judges\ed.ca.09.0076.deny.counsel.final.wpd

ORDER * 3